**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE  DIVISION**


IN RE:

LAURENCE K. BUCK                    CASE NO.: 03-70529-TLH4
INGRID BERGMAN BUCK                 CHAPTER 13

     Debtor(s).
_____/


**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

     **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee,

and hereby files this Notice of Payment of Unclaimed

Funds, and in support thereof hereby states:

     1.  The Trustee has issued check(s) to:

AMERICAN HONDA FINANCE

which remain outstanding and uncleared.

     2.  The Trustee has placed a Stop Payment Order

with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U. S. Bankruptcy Court.

**WHEREFORE**, the Trustee respectfully submits her Check Number 261882    in the amount of $967.72 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart
LEIGH D. HART
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

LAURENCE K. BUCK
INGRID BERGMAN BUCK
1191 MYERS PARK DR.
TALLAHASSEE, FL

32301
AND
ALLEN P. TURNAGE, ESQ.          OSI COLLECTION SERVICES
P.O. BOX 15219                  P.O. BOX 983
TALLAHASSEE, FL

                                BROOKFIELD, WI
32317                           53008-0983

on the same date as reflected on the court's docket as the electronic filing date for this document.

/s/Leigh D. Hart
F.45 (107) 09/15/2005    LEIGH D. HART