IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:<br><br>Laurence Buck<br><br>DEBTOR. | §<br>§  CASE NO. 03-70529<br>§<br>§<br>§<br>§ |

## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for American Honda Motor Co., Inc., claimant, hereby petitions the Court for $1,282.14, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to American Honda Finance, creditor. A dividend check in the amount totaling $1,282.14 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was mailed to American Honda Finance c/o OSI Collection, PO Box 43350, Phoenix, AZ 85080-3350. OSI Collection was the collection agency assisting with the collection of this debt. American Honda Finance Corporation is owed by American Honda Motor Co., Inc., as evidenced by Exhibit A.

The creditor's current mailing address, phone and social security/tax identification number are:

American Honda Motor Co., Inc.
Charles A. Harmon, Corporate Procurement
1919 Torrance Blvd.
Torrance, CA 90501
310-783-2058
Last four digits of SSN/TIN: 1006

Claimant now seeks to recover the funds from the Court's Registry. Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of **$1,282.14** made payable to **American Honda Motor Co., Inc.** c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: August 30, 2010

Respectfully Submitted: _____

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for
American Honda Motor Co., Inc.
PO Box 2728
Issaquah, WA 98027
(425) 836-5728

On __8/30/10__ before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Caryn M. Dilks, Notary Public
for the State of Washington, County of King
My Commission Expires: July 29, 2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 03-70529 |
| Laurence Buck | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

## CERTIFICATE OF SERVICE

I, Brian J. Dilks, Managing Member of Dilks & Knopik, LLC, the undersigned, do declare that on August 30, 2010, I served a true and correct copy of the within document via United States Mail, with postage thereon fully prepaid, to the following individual(s) as follows:

U.S. Attorney's Office
Gregory Robert Miller, USA
111 N. Adams Street, 4th Floor
Tallahassee, FL 32301

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 30, 2010          Respectfully Submitted: _____
                                                        Brian J. Dilks, Managing Member
                                                        Dilks & Knopik, LLC, Attorney in Fact for
                                                        **American Honda Motor Co., Inc.**
                                                        PO Box 2728
                                                        Issaquah, WA 98027
                                                        (425) 836-5728

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

RE: Laurence Buck

Debtor(s)

Case: 03-70529

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**Limited to one Transaction**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. American Honda Motor Co., Inc. with a tax identification number of xx-xxx**1006**, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of $1,282.14 (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____
Charles A. Harmon, Corporate Procurement

Date: 05 AUG, 2010

**HONDA**

**Charles Harmon** チャールズ ハーモン
Corporate Procurement
Human Resources & Administration Division

**American Honda Motor Co., Inc.**
1919 Torrance Blvd.
Torrance, CA 90501-2746
Mail Stop 100-1W-4E
Phone   310-783-2007
Fax       310-222-1137
charles_harmon@ahm.honda.com

Affix Corporate Seal Below
Or if Corporate Seal Unavailable Sign Affidavit Below:

*AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE*
*BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for* **American Honda Motor Co., Inc.** *is presently unavailable to the undersigned*
BY: _____
Signature and title

### ACKNOWLEDGMENT

STATE OF California )
COUNTY OF Los Angeles )

On this 5 day of August, 2010, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) CHARLES HARMON _____ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) (he)/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC Carrie Smith
Residing at Los Angeles, CA
My Commission expires August 23, 2013

CARRIE SMITH
Commission # 1862474
Notary Public - California
Los Angeles County
My Comm. Expires Aug 23, 2013

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

RE:                                     )
                                        )   Case: 03-70529
        Laurence Buck                   )
                                        )
        Debtor(s)                       )

## AFFIDAVIT FOR REIMBURSEMENT OF UNCLAIMED DIVIDEND

State of: _____ }

County of: _____ }

Charles A. Harmon, Corporate Procurement of American Honda Motor Co., Inc., 1919 Torrance Blvd., Torrance, CA 90501 being duly sworn, deposes and says:

That he/she/it is the creditor of the above named debtor.

That Laurence Buck was duly adjudged a debtor in the United States Bankruptcy Court for the Northern District of Florida. That said Creditor duly filed his/her/it claim, which was thereafter duly allowed. Dividends amounting to the sum of $1,282.14 remain unpaid.

That the said claim has not been sold or assigned, and that it is still the property of deponent.

It is therefore requested that the Clerk of this Court pay to American Honda Motor Co., Inc. the sum of $1,282.14.

_____
Charles A. Harmon, Corporate Procurement
American Honda Motor Co., Inc.

Sworn and subscribed to before me this  5  day
Of  August , 20 10  by who is
Personally known to me or has produced
 Drivers License - CA  as identification.
(type of identification produced)

_____
Notary Public

CARRIE SMITH
Commission # 1862474
Notary Public - California
Los Angeles County
My Comm. Expires Aug 23, 2013